DENNIS DALEY *vs*. PATTEN PRODUCE COMPANY.

Penobscot County. Decided February 5, 1910. Action for breach of warranty of the quality of a car-load of potatoes sold by the defendant to the plaintiff. Verdict for plaintiff for $211.49. Motion for new trial filed by defendant. Overruled. *B. L. Fletcher, and William B. Peirce,* for plaintiff. *B. L. Smith,* for defendant.

---

ELVIRA H. WOOD AND HARLOW P. WOOD, Appellants.

Knox County. Decided February 5, 1910. Appeal from the decrees of the Judge of Probate allowing the accounts of Walter J. Wood, guardian of the plaintiffs. Appeals dismissed. Decrees below affirmed. *Arthur S. Littlefield,* for plaintiffs. *Reuel Robinson,* for defendant.